IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLE WARREN, SHELBI NIGH and**         **PLAINTIFFS**
**ALEXIS ANDREWS, Each Individually and**
**On Behalf of All Others Similarly Situated**

vs.         No. 5:23-cv-5004-TLB

**BOWDEN RESTAURANTS, LLC,**         **DEFENDANTS**
**and LARRY BOWDEN**

## CORPORATE DISCLOSURE STATEMENT

COME NOW separate defendant, Bowden Restaurants, LLC and states as follows:

Bowden Restaurants, LLC is a privately held limited liability company and has no parent corporation. No publicly held corporation owns stock in Bowden Restaurants, LLC.

Respectfully Submitted,

**Bowden Restaurants, LLC and**
**Larry Bowden**

/s/Kristy E. Boehler
Kristy E. Boehler (AB #2011190)
K.C. Tucker (AB #2007288)
The Law Group of Northwest Arkansas PLLC
1830 Shelby Lane
Fayetteville, AR 72704
Phone: 479-316-3760, Fax: 844-325-660
Kristy.Boehler@lawgroupnwa.com
KC.Tucker@lawgroupnwa.com

1

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all opposing parties and known counsel in the above and foregoing matter with a true and correct copy of this pleading via the court's electronic filing system.

This 5th day of April, 2023.

                                                  /s/ Kristy E. Boehler
                                                  Kristy E. Boehler