IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLE WARREN, SHELBI NIGH and**            **PLAINTIFFS**
**ALEXIS ANDREWS, Each Individually and**
**on Behalf of all Others Similarly Situated**

vs.                        No. 5:23-cv-5004-TLB

**BOWDEN RESTURANTS, LLC,**            **DEFENDANT**
**and LARRY BOWDEN**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Nichole Warren, Shelbi Nigh, and Alexis Andrews, and Defendants Bowden Restaurants, LLC, and Larry Bowden, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiffs brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. After arm's length negotiations in which Plaintiffs and Defendants were represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Nicole Warren, et al. v. Bowden Restaurants, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 5:23-cv-5004-TLB
Joint Stipulation of Dismissal with Prejudice

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

5. As the parties' settlement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction over the matter for 30 days for the limited purpose of enforcing the terms of the parties' agreement, if necessary.

Respectfully submitted,

**PLAINTIFFS NICHOLE WARREN, SHELBI NIGH, and ALEXIS ANDREWS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **BOWDEN RESTAURANTS, LLC and LARRY BOWDEN, DEFENDANTS**

THE LAW GROUP OF NORTHWEST ARKANSAS PLLC
1830 Shelby Lane
Fayetteville, Arkansas 72704
Telephone: (479) 316-3760

Kristy E. Boehler
Ark. Bar No. 2011190
kristy.boehler@lawgroupnwa.com

*/s/ K.C. Tucker*
K.C. Tucker
Ark. Bar No. 2007288
kc.tucker@lawgroupnwa.com

Page 2 of 2
Nicole Warren, et al. v. Bowden Restaurants, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 5:23-cv-5004-TLB
Joint Stipulation of Dismissal with Prejudice