IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLE WARREN, et al**               **PLAINTIFF**

NO.        23-5004

**BOWDEN RESTURANTS,**
**LLC., and LARRY BOWDEN**               **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 10th day of July, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK


BY:  S. Cummings
     Deputy Clerk